UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DION EARL JOHNSON,<br><br>Defendant. | CASE NO. CR03-103 TSZ<br><br>DETENTION ORDER |

Date of Hearing: April 3, 2007

The Court conducted both an initial hearing on alleged violations of supervised release, and a detention hearing pursuant to Rule 32.1(a)(6). An evidentiary hearing on revocation of release will be held at a later date to address the alleged violations. On the matter of detention, the Court finds that the defendant has not met his burden of establishing that he will not flee or pose a danger to any other person or the community. The Government was represented by Tate London. The defendant was represented by Chris Black for Kristine Costello.

<u>FINDINGS OF FACT AND REASONS FOR DETENTION</u>

(1) Defendant is alleged to have committed seven violations of supervised release, including an allegation of assault and possession of a controlled substance.

(2) The defendant stipulates to detention at this time.

**It is therefore ORDERED:**

DETENTION ORDER
PAGE -1-

(1) Defendant shall be detained pending an evidentiary hearing and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of April, 2007.

MONICA J. BENTON
United States Magistrate Judge