1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

UNITED STATES OF AMERICA,

9                                                          CASE NO. CR03-103TSZ

10          Plaintiff,                              SUMMARY REPORT OF U.S.
                                                    MAGISTRATE JUDGE
11          v.                                      AS TO ALLEGED VIOLATIONS
                                                    OF SUPERVISED RELEASE
12   DION EARL JOHNSON,

13          Defendant.

14

15

16                                    INTRODUCTION

17       I conducted a hearing on alleged violations of supervised release in this case on April

18   13, 2007.   The United States was represented by Tate London.   The defendant was

19   represented by Christopher Black.   The proceedings were recorded on disk.

20

21                             CONVICTION AND SENTENCE

22       Defendant had been convicted of Bank Fraud on or about September 5, 2003.  The

23   Hon. Thomas S. Zilly of this court sentenced Defendant to 24 (twenty-four) months of

24   confinement, followed by 5 (five) years of supervised release, revoked February 22, 2005

25   sentencing Defendant to 4 (four) months imprisonment followed by 56 (fifty-six) months

26   of supervised release.

27       The conditions of supervised release included requirements that defendant comply

28
SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

1    with the standard 13 conditions.

2    <u>DEFENDANT'S ADMISSION</u>

3    USPO Monique D. Neal  alleged that Defendant violated the conditions of supervised

4    release in 7 (seven) respects:

5    (1)    Using cocaine, on or before September 13, 2005, in violation of standard

6    condition #7;

7    (2)    Using phencyclidine (PCP), on or before October 14 and October 24, 2005,

8    in violation of standard condition #7;

9    (3)    Committing the crime of Assault, on or about October 22, 2005, in violation

10    of the general condition that the defendant not commit another federal, state,

11    or local crime;

12    (4)    Committing the crime of obstructing a law enforcement officer, on or about

13    October 9, 2005, in violation of the general condition that the defendant not

14    commit another federal, state, or local crime;

15    (5)    Possessing ecstasy, phencyclidine ( PCP), and marijuana, on or about October

16    9, 2005, in violation of standard condition #7;

17    (6)    Failing to report for drug testing as directed by the U.S. Probation Office on

18    October 17, November 3, and November 7, 2005, in violation of the special

19    condition that the defendant participate in a program approved by the

20    probation officer for treatment of narcotic addiction or drug or alcohol

21    dependency, which may include testing and examination to determine if the

22    defendant has reverted to the use of drugs or alcohol; and

23    (7)    Using phencyclidine (PCP), on or before October 26, 2005, in violation of

24    standard condition #7.

25    I advised the defendant of these charges and of his constitutional rights.  At today's hearing

26    Defendant admitted the violations # 2, 3, 6, and 7, waived any hearing as to whether they

27    occurred, and the Government has agreed to dismiss violations # 1, 4, and 5.  The parties

28    SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-

1  consented to having the matter set for a disposition hearing before the Hon. Thomas S.

2  Zilly.

3

4  <u>RECOMMENDED FINDINGS AND CONCLUSIONS</u>

5  Based upon the foregoing, I recommend the court find that Defendant has violated the

6  conditions of his supervised release as alleged and set the matter for a disposition hearing.

7  Defendant has been detained pending a final determination by the court.

8  DATED this 13th day of April, 2007.

9

10

11

12  Monica J. Benton
    U.S. Magistrate Judge

13

14

15

16  cc:  Sentencing Judge          :     Hon. Thomas S. Zilly
         Assistant U.S. Attorney   :     Tate London
17       Defense Attorney          :     Christopher Black
         U. S. Probation Officer   :     Monique Neal
18

19

20

21

22

23

24

25

26

27

28
    SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
    TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
    PAGE -3-